**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-2276**

_____

BRYAN YANCEY,

            Plaintiff - Appellant,

      v.

GENERAL MOTORS FINANCIAL,

            Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Michael Stefan Nachmanoff, District Judge.  (1:23-cv-01167-MSN-IDD)

_____

Submitted:  August 27, 2024                          Decided:  August 29, 2024

_____

Before KING and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Bryan Yancey, Appellant Pro Se.   Alan Daniel Leeth, BURR & FORMAN, LLP, Birmingham, Alabama, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bryan Yancey appeals the district court's order granting Defendant's motion to dismiss Yancey's breach of contract claims.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Yancey v. Gen. Motors Fin.*, No. 1:23-cv-01167-MSN-IDD (E.D. Va. Nov. 2, 2023).  We deny as moot Yancey's motion to expedite.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2